# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2009

136988(48)(49)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re SKYLER LEROY MCBRIDE, ALEXANDER
GARAND MCBRIDE, and SAWYER DALE
MCBRIDE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
    Petitioner-Appellee,

v

RONALD D. MCBRIDE, JR.,
    Respondent-Appellant,
and

SUSAN MCBRIDE,
    Respondent.

_____

SC: 136988
COA: 282062
Bay CC Family Division:
06-009381-NA

       On order of the Chief Justice, the oral argument on the application for leave to appeal, scheduled for May 13, 2009, is ADJOURNED. The application for leave to appeal remains pending. The motion by National Lifers of America for leave to file a brief *amicus curiae* is considered and it is GRANTED. The motion by the Attorney General for extension to April 10, 2009 of the time for filing his brief is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2009

_____
Clerk